### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IMS HEALTH INCORPORATED; VERISPAN, LLC; and SOURCE HEALTHCARE ANALYTICS, INC., a Subsidiary of WOLTERS KLUWER, HEALTH INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>WILLIAM H. SORRELL, as Attorney General of the State of Vermont, <br><br>    Defendant. | Misc. Action No. 08 CV 4283 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Mason |
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br>    Plaintiff, <br><br>  v. <br><br>WILLIAM H. SORRELL, in his official capacity as Attorney General of the State of Vermont, JIM DOUGLAS, in his official capacity as Governor of the State of Vermont, and CYNTHIA D. LAWARE, in her official capacity as the Secretary of the Agency of Human Services of the State of Vermont, <br><br>    Defendants. | Related to Case pending in the United States District Court for the District of Vermont <br><br> Case No. 1:07-cv-00188 |

### NOTICE OF EMERGENCY MOTION

  Please take notice that on Wednesday, July 30, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 of the United States District Court for the

Northern District of Illinois, Eastern Division, and present the Agreed Motion For Entry Of A Protective Order.

Dated: July 29, 2008                              Respectfully submitted,

                                                  ABBOTT LABORATORIES

                                                       /s/ Stephanie S. McCallum
                                                  One of its Attorneys
                                                  James F. Hurst
                                                  Stephanie S. McCallum
                                                  WINSTON & STRAWN LLP
                                                  35 West Wacker Drive
                                                  Chicago, IL  60601
                                                  (312) 558-5600
                                                  (312) 558-5700 – fax
                                                  jhurst@winston.com
                                                  smccallum@winston.com

                                                  Attorneys for Plaintiff Abbott Laboratories

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certify that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing, the following document:

NOTICE OF EMERGENCY MOTION

was served on June 29, 2008 by email and U.S. Mail:

**BY EMAIL AND U.S. MAIL**
Michael N. Donofrio
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
(802) 828-6906 fax 1500
mdonofrio@atg.state.vt.us

Jeffrey Handwerker
Laura Riposo VanDruff
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
1 202.942.6312
Laura_Riposo_VanDruff@aporter.com

**BY EMAIL AND U.S. MAIL**
Tom Julin
Patricia Acosta
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida  33131
(305) 536-2740 Phone
(305) 810-2460 Fax
pacosta@hunton.com

    /s/ Stephanie S. McCallum
    Stephanie S. McCallum