**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>IMS Health Incorporated et al v. Sorrell | Case Number:<br>FILED: JULY 29, 2008<br>08CV4283<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE MASON<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Non-party Abbott Laboratories

| | |
|---|---|
| NAME (Type or print)<br>Stephanie S. McCallum | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stephanie S. McCallum | |
| FIRM<br>Winston & Strawn LLP | |
| STREET ADDRESS<br>35 West Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277992 | TELEPHONE NUMBER<br>312-558-7958 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |