**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

IMS Health Incorporated, et al.

                            Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−04283
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Ruben Castillo

William H. Sorrell, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/30/2008. Non−party Abbott Laboratories along with IMS Health Incorporated, Verispan, LLC, Source Healthcare Analytics Pharmaceutical Research Manufacturers of America, and the State of Vermont's agreed motion for entry of a protective order [1] is granted. Signature Order to follow. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.