# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4283 | **DATE** | 7/30/2008 |
| **CASE TITLE** | IMS Health Inc., et al. Vs. William H. Sorrell | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Confidentiality Agreement and Proposed Protective Order with Respect to Information or Documents Produced by Nonparty Abbott Laboratories.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED

2008 JUL 30 PM 12: 26

U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|

08C4283 IMS Health Inc., et al. Vs. William H. Sorrell

Page 1 of 1